## ARTHUR *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 6, September Term, 1962 (Adv.).]

*Decided June 18, 1962.*

Before the full Court.

Per Curiam.

For the reasons stated by Judge Byrnes in his opinion in the Criminal Court of Baltimore for denying relief under the Uniform Post Conviction Procedure Act, the application for leave to appeal is denied.

*Application denied.*